UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON P. CHERAMIE** | **CIVIL ACTION NO.: 22-4299** |
| **VERSUS** | **SECTION:** |
| **ST. PIERRE BOAT RENTALS, LLC and HILCORP ENERGY COMPANY** | **DISTRICT JUDGE:** |
| | **MAGISTRATE JUDGE:** |

## COMPLAINT

Plaintiff, Brandon P. Cheramie, an individual of the full age of majority and domiciled in Lafourche Parish, Louisiana, respectfully represents as follows:

I.

Made Defendants herein are:

A. St. Pierre Boat Rentals, LLC (hereinafter "St. Pierre"), a domestic limited liability company, authorized to and doing business in the State of Louisiana, which has appointed Douglas St. Pierre as its registered agent for the service of process, whose address is 14554 West Main St., Lot 2, Cut Off, Louisiana 70345; and

B. Hilcorp Energy Company (hereinafter "Hilcorp"), a foreign corporation, authorized to and doing business in the State of Louisiana, which has appointed C T Corporation System as its registered agent for the service of process, whose address is 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

II.

Plaintiff brings this action pursuant to 46 U.S.C. § 30104, more commonly known as the Jones Act, and the general maritime law.

III.

Jurisdiction of this matter is conferred by 28 U.S.C. §§ 1331 and 1333 (1); the incident at issue herein occurred while Plaintiff was assigned to a vessel upon navigable waters. Venue of this action is pursuant to 28 U.S.C. § 1391 (b) and (c). This action is filed without the prepayment of costs pursuant to 28 U.S.C. § 1916.

IV.

On and prior to October 9, 2022, Defendant, St. Pierre, owned and/or operated a vessel known as the M/V SANDY ANN.

V.

On information and belief, at the time of this incident on October 9, 2022, Hilcorp was also an operator of the M/V SANDY ANN.

VI

At all pertinent times, Defendant, St. Pierre, employed Plaintiff, Brandon P. Cheramie, as a Jones Act seaman and he was assigned to the aforementioned vessel.

VII.

On or about October 9, 2022, the M/V SANDY ANN and its crew, including Plaintiff, were contracted to work for Defendant, Hilcorp. At the time, upon information and belief, the M/V SANDY ANN was working 24 hours a day with a three-man crew. While performing work aboard the M/V SANDY ANN, the winch on the vessel malfunctioned, throwing Plaintiff forward and causing his head to strike the push knee. This incident resulted from the negligence of Defendants, St. Pierre and Hilcorp, and their employees.

VIII.

As a result of this incident, Plaintiff suffered severe injuries to his head, neck and other parts of his body.

IX.

The above-described incident was caused by the negligence of Defendants, St. Pierre and Hilcorp, their agents, servants, employees or others for whom they are legally responsible in the following, though not exclusive, respects:

A. By failing to provide Plaintiff with a safe place to work;

B. By failing to maintain and/or allowing a defective/malfunctioning winch to be used on the M/V SANDY ANN;

C. By failing to create a safe work environment for Plaintiff;

D. By failing to provide an adequately trained crew;

E. By failing to provide an adequate number of crew members;

F. By failing to provide proper equipment for Plaintiff to perform his job;

G. By otherwise creating an unreasonable risk of harm that resulted in Plaintiff being injured; and

H. Other acts of negligence that will be demonstrated at the trial of this matter.

X.

Due to the injuries sustained by Plaintiff, Brandon P. Cheramie, he has endured physical disability, has suffered grievous physical and mental pain and anguish, embarrassment, and is entitled to recover from Defendants, St. Pierre and Hilcorp, the sum of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS.

SECOND CAUSE OF ACTION

XI.

And now, Plaintiff, Brandon P. Cheramie, alleges a second cause of action based on the general maritime law and reiterates all of the allegations contained in the foregoing paragraphs.

XII.

Under the general maritime law, it was the duty of Defendants, St. Pierre and Hilcorp, as the owner and/or operator of the M/V SANDY ANN, to furnish the seamen onboard the vessel with a safe place to work, with safe gear, appurtenances and equipment, with an adequate crew and a seaworthy vessel.

XIII.

Plaintiff shows that at the time and place of the occurrence of the incident, on October 9, 2022, he was working aboard a vessel in navigation and performing the type of work traditionally performed by seamen and, therefore, was owed the warranty of seaworthiness by Defendants, St. Pierre and Hilcorp.

XIV.

Plaintiff avers that the failure of Defendants, St. Pierre and Hilcorp, to provide Plaintiff with a safe place to work, by failing to maintain and/or allowing a defective or malfunctioning winch on the vessel, by failing to provide an adequately trained and/or proper number of crew, and/or by failing to provide Plaintiff with the proper equipment to perform his job renders the M/V SANDY ANN unseaworthy, and that the unseaworthiness was a proximate cause of Plaintiff's incident and injuries and the resulting illness and/or disability.

THIRD CAUSE OF ACTION

XV.

Now, Plaintiff, Brandon P. Cheramie, alleges a third cause of action under the general maritime law for wages, maintenance and cure, past and future, and reiterates all of the allegations contained in the first two causes of action.

XVI.

Plaintiff avers that he is entitled additionally to wages, maintenance and cure, with

4

maintenance at the rate of FIFTY AND NO/100 ($50.00) DOLLARS per day, for any period after October 9, 2022, wherein Defendant, St. Pierre, has not provided Plaintiff wages, maintenance and/or cure, and to an undetermined date in the future during which he is unable to work and perform his duties as a seaman and has not reached maximum cure, which Plaintiff estimates to be in the sum of ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) DOLLARS, and demands compensatory and punitive damages and attorney's fees in the event he is required to pursue by proper procedure the recovery of said maintenance and cure, or for any delays and/or failures in the provision of maintenance and/or cure.

## JURY DEMAND

That, pursuant to the provisions of the aforesaid 46 U.S.C. § 30104, more commonly known as the Jones Act, Plaintiff is entitled to and demands a trial by jury on all issues related herein.

**WHEREFORE**, Plaintiff, Brandon P. Cheramie, demands a judgment against Defendants, St. Pierre Boat Rentals, LLC, and Hilcorp Energy Company, in the sum of ONE MILLION AND NO/100 DOLLARS ($1,000,000.00) DOLLARS, with legal interest from the date of injury, together with all costs and disbursements of this action, for all appropriate and general relief and for a trial by jury.

Plaintiff further demands judgment against Defendant, St. Pierre Boat Rentals, LLC, for wages, maintenance and cure in the sum of ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) DOLLARS.  Further, in the event it becomes necessary to pursue collection of maintenance and cure, or there are delays and/or failures in the provision of maintenance and/or cure, Plaintiff demands compensatory and punitive damages, as well as attorneys' fees, against Defendant, St. Pierre.

Plaintiff further prays for all general, legal, equitable and maritime relief available to him under the laws of the United States, and for a civil trial by jury.

Respectfully submitted:

**C. ARLEN BRAUD, II, #20719**
**MICHELLE O. GALLAGHER, #23886**
**STEVEN D. JACKSON, #35841**
Braud & Gallagher, L.L.C.
111 N. Causeway Blvd., Ste. 201
Mandeville, LA 70448
Telephone:     (985) 778-0771
Facsimile:      (985) 590-4624
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com
***Counsel for Plaintiff, Brandon P. Cheramie***

**TO BE SERVED BY SUMMONS:**

ST. PIERRE BOAT RENTALS, L.L.C.
*Through its registered agent for service:*
Douglas St. Pierre
14554 West Main St., Lot 2
Cut Off, Louisiana 70345

HILCORP ENERGY COMPANY
*Through its registered agent for service:*
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816